■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ALAN D. OBOLER, Admitted in 1961, at a Term of the Appellate Division, Second Department. [762 NYS2d 493] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion.

Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158.]